# United States District Court

### WESTERN DISTRICT OF WASHINGTON

DONNA J. STRATTON

v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5555RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

___June 2, 2008___
Date

___BRUCE RIFKIN___
Clerk

___*s/CM Gonzalez*___
Deputy Clerk